# United States Court of Appeals
# for the Fifth Circuit

―――――――――

No. 23-60611
Summary Calendar

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**
August 19, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Adrin Maurice Murphy,

*Defendant—Appellant*.

―――――――――――――――――――――――

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:21-CR-147-1

―――――――――――――――――――――――

Before King, Southwick, and Engelhardt, *Circuit Judges*.
Per Curiam:*

Adrin Maurice Murphy, federal prisoner # 77273-509, was convicted of being a felon in possession of a firearm and was sentenced to 33 months of imprisonment. He appeals the denial of his *pro se* motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2), based on Part A of Amendment 821 to the Sentencing Guidelines.

―――――――――――――――――

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-60611

According to the website of the Bureau of Prisons, Murphy was released from imprisonment on April 10, 2024. "Where a defendant has begun serving a term of supervised release, the appeal of the denial of his § 3582(c)(2) motion is moot." *United States v. Booker*, 645 F.3d 328, 328 (5th Cir. 2011).

Accordingly, Murphy's appeal, which challenged only his term of imprisonment, is DISMISSED as moot.